PROB 22

| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 2:04CR00357-04 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* 08-14002-T/P-GRAHAM/ LYNCH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Pamela MOLNER | DISTRICT Eastern District of California | DIVISION Northern |
|---|---|---|

FILED by ___ D.C.

MAR 1 9 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

| | NAME OF SENTENCING JUDGE The Honorable Morrison C. England, Jr. United States District Judge |
|---|---|
| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 01/25/2008 | TO 01/24/2011 |

**OFFENSE**   31 USC 5332 - Bulk Cash Smuggling (Class D Felony)

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2.1.07
_____
Date

_____
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

2/14/08
_____
Effective Date

_____
United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

AO 245B-CAED (Rev. 3/04)  Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PAMELA MOLNER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:04CR00357-04**<br><br>Alan Baum, Retained<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]  pleaded guilty to count: 1 of the Superseding Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 31 USC 5332 | Bulk Cash Smuggling | 06/09/2004 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]  Indictment is to be dismissed by District Court on motion of the United States.

[✔]  Appeal rights given.          [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

01/10/2008
Date of Imposition of Judgment

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

1/25/2008
Date

Certified to be a true and correct copy of the document on file Clerk, U.S. District Court Southern District of Florida

By _____ Deputy Clerk

Date 3/19/08

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| CASE NUMBER: | 2:04CR00357-04 | Judgment - Page 2 of 5 |
|---|---|---|
| DEFENDANT: | PAMELA MOLNER | |

# PROBATION

The defendant is hereby sentenced to probation for a term of <u>36 months</u>.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[✔] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔] The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04)  Sheet 4 - Probation

CASE NUMBER:     2:04CR00357-04
DEFENDANT:        PAMELA MOLNER                                    Judgment - Page 3 of 5

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of her person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

3. The defendant shall cooperate with the INS/ICE agency in determination of her immigration status.

4. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

AO 245B-CAED (Rev. 3/04)  Sheet 5 - Criminal Monetary Penalties

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00357-04 | |
| DEFENDANT: | PAMELA MOLNER | Judgment - Page 4  of  5 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[ ]   The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[ ]   Restitution amount ordered pursuant to plea agreement $ __

[ ]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the     [ ] fine     [ ] restitution

    [ ] The interest requirement for the     [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00357-04 | Judgment - Page 5 of 5 |
| DEFENDANT: | PAMELA MOLNER | |

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A** [ ] Lump sum payment of $ __ due immediately, balance due

     [ ]      not later than __ , or
     [ ]      in accordance with      [ ] C,    [ ] D,    [ ] E, or      [ ] F below; or

**B** [✔]      Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

**C** [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

1  MCGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

**FILED**

MAY 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CR. No. S-04-357 MCE
                                  )
12                    Plaintiff,  )   VIOLATION: 31 U.S.C. § 5332 -
                                  )   Bulk Cash Smuggling
13                                )
                                  )
14         v.                     )
                                  )
15 PAMELA MOLNER,                 )
                                  )
16                    Defendant.  )
   _____    )

17

18         S U P E R S E D I N G   I N F O R M A T I O N

19

20      The United States Attorney charges: T H A T

21                    PAMELA MOLNER,

22 defendant herein, between or about June 5, 2004 and on or about June

23 9, 2004, in the Eastern District of California and elsewhere, with

24 the intent to evade a currency reporting requirement under Title 31

25 U.S.C. § 5316, knowingly concealed more than $10,000 in currency, on

26 her person and in a conveyance and article of luggage and other

27 container, and attempted to transport and transfer such currency

28 from a place within the United States to a place outside of the

                                  1

1   United States, in violation of Title 31, United States Code, Section

2   5332(a)(1).

3

4   Dated: May 25, 2007                    MCGREGOR W. SCOTT
                                           United States Attorney
5

6                                    By

7                                          CAROLYN K. DELANEY
                                           Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PENALTY SLIP

31 U.S.C. 5332(a)(1)
Bulk Cash Smuggling


Maximum Sentence:   5 years imprisonment
$250,000 fine
3 years supervised release

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00357-MCE-4

Case title: USA v. Mishal, et al

Magistrate judge case number: 2:04-mj-00236

Date Filed: 09/23/2004

Date Terminated: 01/10/2008

Assigned to: Judge Morrison C.
England, Jr

**Defendant (4)**

**Pamela Molner**
*TERMINATED: 01/10/2008*

represented by **Alan Baum**
Law Offices of Alan Baum
6246 Shoup Avenue
Woodland Hills, CA 91367
818-590-5542
Fax: 818-598-8701
Email: sfvab@aol.com
*LEAD ATTORNEY*

**Mark Waecker**
Law Offices of Mark Waecker
300 South Grand Avenue
24th Floor
Los Angeles, CA 90071
213-955-4500
Fax: 213-955-4560
Email: lomw@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

BULK CASH SMUGGLING
(1ss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=CI.F CONSPIRACY TO

**Disposition**

36 mos probation; fine waived; S/Acnd
$100; no restitution; appeal rights given
& waived.

**Disposition**

| IMPORT A LIST 1 CHEMICAL (1) | DISMISSED |
| CONSPIRACY TO LAUNDER MONEY, INTERNATIONAL MONEY LAUNDERING (7s) | DISMISSED |
| INTERNATIONAL MONEY LAUNDERING (10s) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| CONSPIRACY TO IMPORT A LISTED CHEMICAL, UNLAWFUL USE OF A COMMUNICATION FACILITY, AND MONEY LAUNDERING [ 2:04-m -236 ] | |

**Plaintiff**

**USA**                                represented by    **Carolyn K. Delaney**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2798
Fax: (916) 554-2900
Email: carolyn.delaney2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kymberly Ann Smith**
U.S. Department of Justice
501 I Street, 10th Floor
Sacramento, CA 95814
(916) 554-2771
Fax: (916) 554-2900
*TERMINATED: 02/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/14/2004 | 1 | COMPLAINT by US Attorney naming Richie Mishal (1) count(s) cmp, |

| | | |
|---|---|---|
| | | Faisal Rashid (2) count(s) cmp, Pamela Molner (3) count(s) cmp, Hasuni Kahwaji (4) count(s) cmp, before Magistrate Judge Gregory G. Hollows [ 2:04-m -236 ] (bd) (Entered: 09/15/2004) |
| 09/14/2004 | | ARREST Warrant issued for Pamela Molner by Magistrate Judge Gregory G. Hollows; no bail set [ 2:04-m -236 ] (bd) (Entered: 09/15/2004) |
| 09/21/2004 | 7 | RULE 40 Documents received from Southern District of Florida as to Pamela Molner [ 2:04-m -236 ] (mdk) (Entered: 09/22/2004) |
| 09/22/2004 | 8 | ARREST Warrant returned executed as to defendant Pamela Molner defendant arrested on 9/15/04 [ 2:04-m -236 ] (mdk) (Entered: 09/23/2004) |
| 09/23/2004 | 1 | INDICTMENT by US Attorney Kymberly A Smith Counts filed against Richie Mishal (1) count(s) 1, 2, Faisal Rashid (3) count(s) 1, 2, 3, 4, Pamela Molner (4) count(s) 1, Hasuni Kahwaji (5) count(s) 1, Rodger Bruneau (6) count(s) 1, Hugh Stevens (7) count(s) 1, Louis Russo (8) count(s) 1 (mdp) (Entered: 09/23/2004) |
| 09/27/2004 | 12 | REQUEST by plaintiff USA to stay release and motion to reconsider detention b the US of magistrate's order setting terms and conditons of pretrial release for Faisal Rashid (pw) (Entered: 09/28/2004) |
| 09/28/2004 | 13 | REQUEST by plaintiff USA to stay release of dft Faisal Rashid AND... (bd) (Entered: 09/29/2004) |
| 09/29/2004 | 16 | STANDING ORDER in Felony Criminal Cases (Arrested or Detained Defendants) by Magistrate Judge Gregory G Hollows (cc: all counsel) (mm1) (Entered: 09/30/2004) |
| 09/30/2004 | 19 | SUPPLEMENTAL INFORMATION by plaintiff USA in support of Gov's request to stay release and motion to reconsider detention by magistrate's order setting terms and conditions of pretrial release for Faisal Rashid [13-1] (bd) (Entered: 10/01/2004) |
| 10/05/2004 | 23 | MINUTES before Honorable Lawrence K. Karlton RE: Status Conference: parties indicate that a notice of related cases will be filed in this case; defense counsel for dft Rashid requesting a briefing schedule re motion for release: motion due 10/8/04; response due 10/15/04; reply due; hearing set for 10/26/04; a further status hearing set for 9:30 10/26/04 for dfts Richie Mishal, Faisal Rashid , XT2 started for Richie Faisal Rashid, Pamela Molner, Hasuni Kahwaji, Rodger Sr., Hugh Stevens, Louis Russo start date: 10/5/04 end date: 10/26/04 ; counsel for dft Rashid to prepare a formal order; C/R C Bodene (ndd) (Entered: 10/06/2004) |
| 10/07/2004 | | LODGED Related Case Notice by plaintiff USA (ndd) (Entered: 10/08/2004) |
| 10/12/2004 | 24 | RELATED CASE ORDER by Judge Morrison C. England Jr case reassigned to Judge Morrison C. England Jr ; any dates currently set in this case are vacated; the caption on documents filed in the reassigned |

| | | case shall be shown as 2:04-cr-357 MCE; this case is related to 2:04-cr-377 MCE and 2:04-cr-389 MCE (cc: all counsel) (hk) (Entered: 10/12/2004) |
|---|---|---|
| 10/12/2004 | 26 | SUPPLEMENTAL RULE 40 Documents received from Southern District of Florida as to Pamela Molner (bd) (Entered: 10/13/2004) |
| 10/14/2004 | 27 | MINUTE ORDER by CRD/MCE: motion for review of Magistrate's Detention Order pursuant to 189 USC 3145 by defendant Faisal Rashid [25-1] HEARING RESET FOR 8:30 10/26/04 before Hon Morrison C England Jr (cc: all counsel) (ljr) (Entered: 10/15/2004) |
| 10/19/2004 | 29 | TRANSCRIPT of 9/29/04 hearing on Gov's motion for reconsideration of release by C/R ECRO (bd) (Entered: 10/19/2004) |
| 10/19/2004 | 30 | TRANSCRIPT of 10/1/04 continued hearing on Gov's motion for reconsideration of release by C/R ECRO (bd) (Entered: 10/19/2004) |
| 10/19/2004 | 31 | STIPULATION AND ORDER by Judge Morrison C. England Jr ORDERING arraignment and/or status conference RESET for 8:30 10/26/04 for Hasuni Kahwaji (cc: all counsel) - (mdk) (Entered: 10/19/2004) |
| 10/20/2004 | | LODGED motion to schedule status conference and order by USA (mdk) (Entered: 10/21/2004) |
| 10/25/2004 | 32 | ORDER by Judge Morrison C. England Jr ORDERED that status hearing set for 8:30 10/26/04 for Richie Mishal, for Faisal Rashid, for Pamela Molner, for Hasuni Kahwaji, for Rodger Bruneau Sr., for Hugh Stevens, for Louis Russo (cc: all counsel) (ndd) (Entered: 10/25/2004) |
| 10/25/2004 | 33 | RECEIPT of Passport for defendant Pamela Molner; Receipt # 8682 (ndd) (Entered: 10/26/2004) |
| 10/25/2004 | 34 | MINUTES before Magistrate Judge Peter A. Nowinski RE Arraignment: Dfts Pamela Molner and Hasuni Kahwaji arraigned; Not Guilty pleas entered w/jury demand; Attorney Mark Waecker present ; Status hearing SET for 8:30 AM 10/26/04 before Judge England and status hearing SET for 2:00 PM 10/26/04 before Judge Nowinski for Pamela Molner and Hasuni Kahwaji ; Bail had been previously set for both dfts; As to dft Molner: Dft's legal status in this country would end in a couple of days; Her counsel informed the court that the dft's husband had applied and received an extension of time until May 2005 which also included her; Court continued this matter to 10/26/04 at 2:00 PM allowing all to provide proof of this assertion; As to dft Kahwaji: Court advised that both govt counsel and dft counsel to consult re the value of the property that has been posted for this dft; If govt is not satisfied this matter may also be calendared for tomorrow's calendar (pw) (Entered: 10/26/2004) |
| 10/26/2004 | 35 | MINUTES before Judge Morrison C England Jr Further Status Hearing CONTINUED to 8:30 1/11/05 for dfts Richie Mishal, Faisal Rashid, Pamela Molner, and Hasuni Kahwaji ; Motion for Review of Magistrate's Detention Order pursuant to 189 USC 3145 by dft Faisal Rashid [25-1] |

| | | HEARING CONTINUED TO 8:30 11/23/04, T4 started for Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji start date: 10/26/04 - end date: 1/11/05 C/R Diane Shepard (mm1) (Entered: 10/27/2004) |
|---|---|---|
| 10/26/2004 | 36 | MINUTES before Magistrate Judge Peter A. Nowinski RE Further Proceedings re Residency Status as to dft Pamela Molner: Court acknowledged receipt of a letter (attached to minutes) from Kidambi and Associates dated 10/26/04; Part of that letter but not limited to the Corp is submitting to INS a Petition for Non-immigrant Worker, form I-129 and H Classification Supplement and an application to extend non-immigrant status on form I-539; Court and govt having accepted this representation; Dft is to remain on conditions as previously ordered; Dft is to notify PTS Officer Phil Davis of any change in her residency status (pw) (Entered: 10/27/2004) |
| 10/28/2004 | 37 | NOTICE of Order not to obtain passport as to dft Hasuni Kahwaji [18-1] (ndd) (Entered: 10/29/2004) |
| 10/28/2004 | 38 | NOTICE of Order not to obtain passport as to dft Pamela Molner [33-1] (ndd) (Entered: 10/29/2004) |
| 12/03/2004 | 41 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (nac) (Entered: 12/03/2004) |
| 12/03/2004 | 42 | BRIEFING SCHEDULE [40-1] (cc: all counsel) (nac) (Entered: 12/03/2004) |
| 12/10/2004 | | APPEAL number information from 9th Circuit [40-1] Appeal Number 04-10657 (hk) (Entered: 12/13/2004) |
| 12/22/2004 | 44 | TRANSCRIPT of 9/16/04 detention hearing by C/R ECRO (bd) (Entered: 12/23/2004) |
| 12/22/2004 | 45 | TRANSCRIPT of 10/1/04 hearing on Gov's motion for reconsideration of release by C/R ECRO (bd) (Entered: 12/27/2004) |
| 01/07/2005 | 46 | STIPULATION *AND ORDER* (Baum, Alan) (Entered: 01/07/2005) |
| 01/21/2005 | 50 | ORDER granting stipulation and proposed order as to Pamela Molner, Hasuni Kahwaji 46 . Status conference of 1/11/05 is vacated and reset for 3/1/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. ***Excludable started as to Pamela Molner, Hasuni Kahwaji: T4 Start: 1/11/05 Stop: 3/1/05 (signed by Morrison C. England, Jr. on 1/20/05) (Souvannarath, A) (Entered: 01/21/2005) |
| 02/17/2005 | 51 | STIPULATION *and ORDER* (Baum, Alan) (Entered: 02/17/2005) |
| 02/18/2005 | 52 | ORDER granting stipulation and proposed order as to Pamela Molner re 51 . Defendant is ordered released for the sole purpose of attending her brother's funeral in Lac Dubonnet, Canada beginning February 19, 2005 and ending not later than February 23, 2005. signed by Judge Morrison C. England Jr. on 02/18/05. (Souvannarath, A) (Entered: 02/18/2005) |

| 02/22/2005 | 53 | STIPULATION *and Order to Continue Status Hearing and for Continued Exclusion of Time* by USA (Smith, Kymberly) (Entered: 02/22/2005) |
|---|---|---|
| 02/22/2005 | 54 | STIPULATION *THAT COURT VACATE ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL* (Baum, Alan) (Entered: 02/22/2005) |
| 02/23/2005 | 55 | ORDER granting stipulation and proposed order as to Pamela Molner re 54 Stipulation (CR) filed by Pamela Molner. Court Vacates the order granting defendant's request to travel 52 . signed by Judge Morrison C. England Jr. on 02/23/05. (Souvannarath, A) (Entered: 02/23/2005) |
| 02/24/2005 | 56 | ORDER: The United States' motion to discover redacted versions of documents filed under seal is GRANTED signed by Judge Morrison C. England Jr. on 2/24/05. (Kaminski, H) (Entered: 02/24/2005) |
| 04/25/2005 | 60 | STIPULATION *and Order to Continue Status Hearing* by USA (Smith, Kymberly) (Entered: 04/25/2005) |
| 06/14/2005 | 64 | STIPULATION AND ORDER to Continue Status Hearing by Pamela Molner (Baum, Alan) Modified on 6/15/2005 (Krueger, M). (Entered: 06/14/2005) |
| 06/15/2005 | 65 | AMENDED STIPULATION and ORDER to Continue Status Hearing by Pamela Molner (Baum, Alan) Modified on 6/15/2005 (Krueger, M). (Entered: 06/15/2005) |
| 06/17/2005 | 66 | ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 65 Stipulation (CR). Status Conference of 6/21/05 is reset for 9/13/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 6/16/05. (Souvannarath, A) (Entered: 06/17/2005) |
| 09/07/2005 | 67 | STIPULATION and PROPOSED ORDER to Continue Status Conference by Pamela Molner (Baum, Alan) Modified on 9/9/2005 (Krueger, M). (Entered: 09/07/2005) |
| 09/09/2005 | 68 | STIPULATION and PROPOSED ORDER to Continue Status Conference by USA (Smith, Kymberly) Modified on 9/13/2005 (Krueger, M). (Entered: 09/09/2005) |
| 09/09/2005 | 69 | STIPULATION and PROPOSED ORDER to Continue Status Conference by USA (Smith, Kymberly) Modified on 9/13/2005 (Krueger, M). (Entered: 09/09/2005) |
| 09/15/2005 | 70 | ORDER granting stipulation and proposed as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 67 Stipulation and Proposed Order (CR). Status Conference of 9/13/05 is vacated and reset for 9/20/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 9/14/05. (Souvannarath, A) (Entered: 09/15/2005) |
| 09/15/2005 | 71 | ORDER granting stipulations and proposed orders as to Richie Mishal, |

| | | Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 68 Stipulation and Proposed Order (CR) filed by USA and 69 Stipulation and Proposed Order (CR) filed by USA. The Status Conference of 9/20/05 is vacated and reset for 10/11/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 9/14/05. (Souvannarath, A) (Entered: 09/15/2005) |
|---|---|---|
| 10/06/2005 | 72 | STIPULATION and PROPOSED ORDER Joint Stipulation To Continue Status Conference and Proposed Order by USA (Smith, Kymberly) (Entered: 10/06/2005) |
| 10/11/2005 | 73 | WAIVER of Personal Appearance by defendant Pamela Molner. [FILED ON PAPER] (Marciel, M) (Entered: 10/12/2005) |
| 10/14/2005 | 74 | ORDER granting stipulation and proposed order as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 72 Stipulation and Proposed Order (CR) filed by USA. The Status Conference of 10/11/05 is vacated and reset for 12/6/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 10/12/05. (Souvannarath, A) (Entered: 10/14/2005) |
| 10/18/2005 | 75 | STIPULATION and PROPOSED ORDER to Continue Status Conference by USA (Smith, Kymberly) Modified on 10/19/2005 (Krueger, M). (Entered: 10/18/2005) |
| 10/21/2005 | 76 | ORDER granting stipulation and proposed order as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 75 Stipulation and Proposed Order (CR) filed by USA. The Status Conference of 12/6/05 is vacated and reset for 1/17/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 10/20/05. (Souvannarath, A) (Entered: 10/21/2005) |
| 01/12/2006 | 79 | SUPERSEDING INDICTMENT as to Richie Mishal (1) count(s) 1s, 2s, 7s, 8s, 9s-10s, 11s, 12s-13s, 14s, 15s, 16s, 17s, 18s, 19s-20s, 21s-22s, Faisal Rashid (3) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 10s, 19s-20s, 23s-24s, Pamela Molner (4) count(s) 7s, 10s, Hasuni Kahwaji (5) count(s) 1s, 2s, Hugh Stevens (7) count(s) 1s, 2s, 17s, 19s-20s, 25s-26s. (Krueger, M) (Entered: 01/13/2006) |
| 01/12/2006 | 80 | A0 257 (Krueger, M) (Entered: 01/13/2006) |
| 01/17/2006 | 82 | MINUTES for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji held on 1/17/2006. T4 Start: 1/17/06 Stop: 3/20/06. Mr. Blackmon, on behalf of other dfts, advises that some dfts will be arraigned this afternoon at 2pm before the magistrate. Mr. Blackmon proposes briefing schedule of: 3/20/06; 4/24/06; 5/15/06; hearing date of 5/30/06. No objections by USA. Court adopts briefing schedule: Motions due by 3/20/2006. Responses due by 4/24/2006. Replies due by 5/15/2006. Motion Hearing set for 5/30/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.Government Counsel Kymberly Smith present. Defense Counsel Mark Waecker for dft Kahwaji; Mark Waecker for Alan Baum for dft Molner; |

| | | |
|---|---|---|
| | | Hayes Gable & David Dratman for dft Mishal; Clyde Blackmon for dft Rashid present. Custody Status: Dfts are present. Dfts Mishal and Rashid are in custody.. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 01/17/2006) |
| 01/17/2006 | 84 | MINUTES for proceedings held before Judge Gregory G. Hollows :ARRAIGNMENT SUPERSEDING INDICTMENT as to Pamela Molner (4) Count 1,7s,10s and Hasuni Kahwaji (5) Count 1,1s,2s held on 1/17/2006. NOT GUILTY PLEA ENTERED. Government Counsel Kymberly Smith present. Defense Counsel Mark Weaker for both defendants present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 01/18/2006) |
| 03/27/2006 | 90 | AMENDED STIPULATION and PROPOSED ORDER to Re-schedule the Hearing on Dfts' Motion to Suppress Evidence. (Blackmon, Clyde) Modified on 3/28/2006 (Krueger, M). (Entered: 03/27/2006) |
| 04/10/2006 | 91 | ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 90 Stipulation and Proposed Order (CR) filed by Hasuni Kahwaji. The Court adopts the proposed briefing schedule: Motions due by 4/17/2006. Responses due by 6/12/2006. Replies due by 7/10/2006. Motion Hearing set for 7/18/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 04/07/06. (Souvannarath, A) (Entered: 04/10/2006) |
| 04/27/2006 | 93 | JOINDER by Hasuni Kahwaji in re 92 Motion to Suppress. (Waecker, Mark) Modified on 4/28/2006 (Donati, J). (Entered: 04/27/2006) |
| 06/09/2006 | 94 | PROPOSED ORDER Resetting Motion Schedule and Hearing to 81/06 re 92 MOTION to SUPPRESS by USA as to Richie Mishal, Faisal Rashid, Pamela Molner, and Hasuni Kahwaji. (Smith, Kymberly) Modified on 6/12/2006 (Krueger, M). (Entered: 06/09/2006) |
| 06/13/2006 | 95 | STIPULATION AND ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji 94 signed by Judge Morrison C. England Jr. on 6/12/06 ORDERING Motion to Suppress Schedule Revised: Govt's Response due by 6/26/2006, and Dft's Reply due by 7/24/2006. MOTION to SUPPRESS 92 Hearing RESET for 8/1/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. (Krueger, M) (Entered: 06/13/2006) |
| 06/26/2006 | 96 | STIPULATION and PROPOSED ORDER to Continue Briefing and Hearing Schedule and for Continued Exclusion of Time by USA. (Smith, Kymberly) (Entered: 06/26/2006) |
| 07/12/2006 | 97 | ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji re 96 Stipulation and Proposed Order filed by USA. Court adopts proposed briefing schedule. Responses due by 7/31/2006. Replies due by 8/28/2006. Motion Hearing set for 9/12/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 7/11/06. (Souvannarath, A) (Entered: 07/12/2006) |

| 07/31/2006 | 98 | MEMORANDUM in OPPOSITION to 92 Defendants' MOTION for Franks Hearing and to Suppress Evidence by USA. (Smith, Kymberly) Modified on 8/1/2006 (Krueger, M). (Entered: 07/31/2006) |
|---|---|---|
| 08/01/2006 | 99 | AMENDED Table of Authorities to 98 Government's Opposition to Defendant's Motion for Franks Hearing and to Suppress Evidence by USA. (Smith, Kymberly) Modified on 8/1/2006 (Krueger, M). (Entered: 08/01/2006) |
| 10/16/2006 | 108 | DESIGNATION of COUNSEL FOR SERVICE. Attorney Carolyn K. Delaney Added for USA (Delaney, Carolyn) Modified on 10/17/2006 (Krueger, M). (Entered: 10/16/2006) |
| 10/17/2006 | 109 | MINUTES for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Richie Mishal, Faisal Rashid, Pamela Molner held on 10/17/2006. T4 Start: 10/17/06 Stop: 11/14/06. Mr. Blackmon appears for attys. Hayes Gable and Mark Waeker. Dfts request to continue matter to 11/14/06. No objections by USA. Dfts agree to exclude time. Further Status Conference set for 11/14/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Government Counsel Carolyn Delaney present. Defense Counsel Clyde Blackmon for Dft Rashid. Clyde Blackmon for Atty. Hayes Gable for Dft Mishal. Clyde Blackmon for Atty. Alan Baum for Dft Molner present. Custody Status: Dfts Rashid and Mishal are present, in custody. Pamela Molner has waiver on file. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 10/17/2006) |
| 10/30/2006 | 110 | MINUTE ORDER: (TEXT ONLY ENTRY) Due to the Court's unavailability on 11/14/06, the Status Conference of 11/14/06 is vacated and advanced for 11/7/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Approved by Judge Morrison C. England Jr. on 10/30/06. (Souvannarath, A) (Entered: 10/30/2006) |
| 11/03/2006 | 111 | STIPULATION and PROPOSED ORDER by USA re Status Conference. (Attachments: # 1 Proposed Order)(Delaney, Carolyn) Modified on 11/6/2006 (Yin, K). (Entered: 11/03/2006) |
| 11/03/2006 | 112 | ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner re 111 Stipulation and Proposed Order filed by USA. The Status Conference of 11/7/06 is vacated and reset for 12/12/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 11/3/06. (Souvannarath, A) (Entered: 11/03/2006) |
| 12/12/2006 | 114 | MINUTES for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Richie Mishal, Faisal Rashid, Pamela Molner held on 12/12/2006. T4 Start: 12/12/06 Stop: 1/23/07. Mr. Dratman requests to continue for further status to 1/23/07. No objections by USA and co-defendants. Court orders further Status Conference set for 1/23/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Government Counsel Carolyn Delaney present. Defense Counsel David W. Dratman for Dft Mishal. Clyde Blackmon for Dft Rashid. Clyde Blackmon for Atty. Alan Baum for Dft Molner |

| | | |
|---|---|---|
| | | present. Custody Status: Dfts R. Mishal and F. Rashid are present, in custody. Waiver on file for Dft Molner.Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 12/12/2006) |
| 01/23/2007 | 117 | MINUTES (Text Only) for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Richie Mishal, Faisal Rashid, Pamela Molner held on 1/23/2007. T4 Start: 1/23/07 Stop: 3/6/07. Mr. Dratman requests to continue for further status on 3/6/07. No objections by co-defendants and USA. Dfts agree to exclude time. Court orders further Status Conference set for 3/6/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Government Counsel Carolyn Delaney present. Defense Counsel Emily Doringer for Dft Mishal. Clyde Blackmon for Dft Rashid. Emily Doringer for Atty. Alan Baum for Dft Molner present. Custody Status: Dfts are present, in custody. Dft Molner is not present, waiver on file. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 01/23/2007) |
| 03/06/2007 | 120 | MINUTES (Text Only) for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Faisal Rashid, Pamela Molner held on 3/6/2007. T4 Start: 3/6/07 Stop: 8/8/07. Mr. Blackmon informs the Court that he has not talked to Mr. Baum about this morning's hearing. The USA requests to continue Status hearing as to Dft Molner, only, to 3/13/07 so that Mr. Baum can be present. Dft Rashid is ready for trial and parties request to set trial for 8/8/07 w/ Trial Confirmation Hearing of 7/10/07. As to Dft Rashid only, Court sets Jury Trial for 8/8/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Trial Confirmation Hearing set for 7/10/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Excludable Local Code T4 until 8/8/07. As to Dft Molner, Court sets matter for Status Conference on 3/13/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Court issues OSC re: Mr. Baum's failure to appear this morning and set said hearing for 3/13/07. Mr. Baum is ordered to be present on 3/13/07.Government Counsel Carolyn Delaney present. Defense Counsel Clyde Blackmon for Dft Rashid. Atty. Alan Baum, for Dft Molner, is not present. Custody Status: Dft Rashid is present, in custody. Dft Molner has waiver on file. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 03/06/2007) |
| 03/13/2007 | 124 | MINUTES (Text Only) for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Pamela Molner held on 3/13/2007. T4 Start: 3/13/07 Stop: 8/8/08. Mr. Baum responds to the Court's order to show cause. Court sets Jury Trial for 8/8/2008 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Court refers matter to Probation for a pre-plea Presentence Report and sets further Status Conference for 5/15/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Trial Confirmation Hearing set for 7/10/2007 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.Government Counsel Carolyn Delaney present. Defense Counsel Alan Baum present. Custody Status: Dft is not present, waiver on file. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 03/13/2007) |

| 03/26/2007 | 126 | RELATED CASE ORDER as to Richie Mishal, Faisal Rashid, Pamela Molner, Hasuni Kahwaji, Rodger Bruneau, Sr, Hugh Stevens, Louis Russo signed by Judge Morrison C. England Jr. on 3/26/2007 ORDERING that action denominated 2:07-cr-0105-EJG is REASSIGNED to Judge Morrison C. England, Jr. for all further proceedings; henceforth the caption on documents filed in the reassigned case are to be shown as 2:07-cr-0105-MCE; the clerk is to make appropriate adjustment to compensate for this reassignment. (cc: EJG) (Yin, K) Modified on 3/26/2007 (Yin, K). (Entered: 03/26/2007) |
| --- | --- | --- |
| 04/05/2007 | 130 | MINUTE ORDER: (Text Only Entry) Effective May 3, 2007, Judge England's criminal calendars will be held on Thursdays at 09:00 a.m. The Status Conference, as to Dft Pamela Molner, of 5/15/07 is vacated and advanced to 5/10/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Approved by Judge Morrison C. England Jr. on 4/5/07. (Souvannarath, A) (Entered: 04/05/2007) |
| 04/11/2007 | 133 | MINUTE ORDER: (Text Only Entry) Effective May 3, 2007, Judge England's criminal calendars will be held on Thursdays at 09:00 a.m. The trial confirmation hearing of 7/10/07 is vacated and advanced to 7/5/07 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr., as to Dfts Faisal Rashid and Pamela Molner. Approved by Judge Morrison C. England Jr. on 4/11/07. (Souvannarath, A) (Entered: 04/11/2007) |
| 05/03/2007 | 134 | STIPULATION and PROPOSED ORDER to Continue Status Conference to 5/31/07. (Baum, Alan) Modified on 5/4/2007 (Krueger, M). (Entered: 05/03/2007) |
| 05/22/2007 | 138 | MINUTE ORDER: Due to unavailability of the Court's calendar and on the Court's own motion, the 8/8/2007 Jury Trial is advanced to 8/6/2007 at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr. as to defendants RASHID and MOLNER only. Signed by Judge Morrison C. England Jr. on 5/22/2007. (Deutsch, S) (Entered: 05/22/2007) |
| 05/24/2007 | 140 | JOINT STIPULATION and ORDER re 134 signed by Judge Morrison C. England Jr. on 5/23/07. The Status Conference as to dft Pamela Molner currently set for 5/10/07 is CONTINUED to 5/31/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. Stipulation and Proposed Order - CR, Excludable started as to Pamela Molner: XT4 Start: 5/10/07 Stop: 5/31/07 (Kastilahn, A) (Entered: 05/24/2007) |
| 05/31/2007 | 142 | WAIVER of INDICTMENT by Pamela Molner (Donati, J) (Entered: 06/01/2007) |
| 05/31/2007 | 143 | SUPERSEDING INFORMATION as to Pamela Molner (4) count(s) 1ss. (Donati, J) (Entered: 06/01/2007) |
| 05/31/2007 | 144 | PLEA AGREEMENT as to Pamela Molner. (Donati, J) (Entered: 06/01/2007) |
| 05/31/2007 | 145 | MINUTES for proceedings held before Judge Morrison C. England |

| | | |
|---|---|---|
| | | Jr.:CHANGE of PLEA HEARING as to Pamela Molner held on 5/31/2007. GUILTY PLEA ENTERED by Pamela Molner (4) Guilty Count 1ss of the 143 Superseding Information. The trial confirmation hearing and trial currently scheduled are VACATED. Defendant remains out of custody pending judgment and sentencing. Sentencing SET for 8/16/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.Government Counsel Carolyn Delaney present. Defense Counsel ALan Baum present. Custody Status: Present/ Not in Custody. Court Reporter/CD Number: Diane Shepard. (Attachments: # 1 Main Document # 2 Main Document) (Donati, J) (Entered: 06/01/2007) |
| 06/01/2007 | 141 | SCHEDULE of DISCLOSURE for PSR as to Pamela Molner. Plea Date: *5/31/2007* Sentencing Date: *8/16/2007* Reply Date: *8/9/2007*** Correction Date: *8/2/2007* Report Date: *7/26/2007* Objection Date: *7/19/2007* Proposed Date: *7/6/2007* Copies: *AUSA - Defense Counsel - USPO* (Deutsch, S) (Entered: 06/01/2007) |
| 06/18/2007 | 149 | NOTICE of HEARING as to Pamela Molner: Sentencing CONTINUED to 8/16/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. (Duong, D) (Entered: 06/19/2007) |
| 07/24/2007 | 154 | NOTICE of CHANGE of ADDRESS by Alan Baum. (Baum, Alan) (Entered: 07/24/2007) |
| 07/27/2007 | 155 | NOTICE OF HEARING to Reschedule Sentencing to 10/18/07 at 9:00 AM by Pamela Molner. (Baum, Alan) Modified on 7/30/2007 (Reader, L). (Entered: 07/27/2007) |
| 10/10/2007 | 170 | STIPULATION and PROPOSED ORDER Rescheduling Sentencing to January 10, 2008 by USA. (Delaney, Carolyn) (Entered: 10/10/2007) |
| 10/17/2007 | 171 | STIPULATION and ORDER signed by Judge Morrison C. England Jr. on 10/17/07 and stipulated between the parties to RESET the Sentencing hearing; Sentencing RESET for 1/10/2008 at 9:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Yin, K) (Entered: 10/17/2007) |
| 01/10/2008 | 181 | SEALED EVENT (Kaminski, H) (Entered: 01/11/2008) |
| 01/10/2008 | 182 | MINUTES for SENTENCING of defendant Pamela Molner (4) held before Judge Morrison C. England Jr. on 1/10/2008: Counts 1, 10s, and 7s are DISMISSED; Count 1ss sentenced to 36 mos probation; fine waived; S/A $100; no restitution; appeal rights given & waived. DEFENDANT TERMINATED. Government Counsel Carolyn Delaney, AUSA present. Defense Counsel Alan Baum, Retained present. Custody Status: In Custody. Court Reporter/CD Number: D. Shepard. (Marciel, M) (Entered: 01/11/2008) |
| 01/25/2008 | 184 | JUDGMENT and COMMITMENT as to Pamela Molner. Signed by Judge Morrison C. England, Jr on 1/25/2008. (Deutsch, S) (Entered: 01/25/2008) |
| 02/26/2008 | 189 | PROBATION JURISDICTION (PROBATION 22 Out) |

TRANSFERRED to Southern District of Florida as to Pamela Molner, NO CASE ASSIGNMENT. Signed by Judge Morrison C. England, Jr on 2/1/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Anderson, J) (Entered: 02/27/2008)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/19/2008 13:27:18 | | |
| PACER Login: | us5299 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cr-00357-MCE |
| Billable Pages: | 8 | Cost: | 0.64 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. DE# 1
## 08-14002-T/P-Graham

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ BANKRUPTCY RECORD (all documents)
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☒ OTHER = _Plea Agreement_

# PLEASE REFER TO COURT FILE